TO: MR. FRANK G. JOHNS, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ROOM 210 CHARLES R. JONES FEDEBUILDING
401 W. STREET
CHARLOTTE, NORTH CAROLINA 28202

RECEIVED
CHARLOTTE, N.C.

NOV 10 2009

Clerk, U. S. Dist. Court
W. Dist. of N. C.

SEPT 4, 2009.

RE: PROCESS OF SERVES INQUIRY.
NO: 3:09-CV-00334-FDW-DSC.

MR. JOHNS,
    PLEASE BE ADVISE, ON SEPT 7, 2009. I, DARRELL BROOKS, THE PLAINTIFF IN THE ENCLOSED MATTER NO: 3:09-CV-00334-FDW-DSC. SUBMITTED A SUMMONS REQUEST MOTION BEFORE THE COURTS REQUESTING THE U.S. MARSHALS TO SERVE UPON THE DEFENDANT(S). ON SEPT 21, 2009. THE COURTS RETURN A FILE COPY OF THE COMPLAINT. BUT, FAIL TO GIVE THE PLAINTIFF ANY DOCUMENTION AS TO WHO & WHEN THE COMPLAINT HAS BEEN SERVED UPON THE DEFENDANT(S).

THE PLAINTIFF, REQUEST THAT THE ABOVE INFORMATION BE EXPEDITIOUSLY FOREWARD TO HIM, THE TIME, DATE, & WHAT MARSHALS EXECUTED THE PROCESS OF SERVES.

    I, THANK YOU IN ADVANCE!!

RESPECTFULLY!!

*Darrell Brooks*
DARRELL BROOKS
16183-171
FCI BUTNER-MEDIUM
P.O. BOX 1000
BUTNER, N.C. 27509

CC: D.B. E.B. B.B.