Name: DARRELL BROOKS
Number: 16183-171
Federal Correctional Institution
P.O. Box 1000 / MEDIUM
Butner, NC 27509

LEGAL MAIL!!!

TO: MR. FRANK G. JOHNS, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ROOM 210 CHARLES R. JONES FED BUILDING
401 W. TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202.