IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-334-W

| | |
|---|---|
| DARRELL BROOKS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LLOYD LAYMAN SHOPE, et al., )<br>)<br>Defendants. )<br>) | NOTICE |

THIS MATTER is before the Court *sua sponte* following the filing of the Motion to Dismiss for Lack of Jurisdiction by Defendant "Enterprise Car Rental" (Doc. No. 21) and the Motion to Dismiss by Defendants Ford Motor Company and "Ford Air Bag Manufacturer" (Doc. No. 26), wherein these Defendants have moved the Court to dismiss the Complaint.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to both of Defendants' Motions to Dismiss and carries the burden to show that subject matter and personal jurisdiction exist. Plaintiff may file a response brief to each Motion to Dismiss in accordance with the Court's standing orders by **Friday, January 8, 2010.**

The Court also advises Plaintiff that his failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

The Clerk is directed to send a copy of this Notice to Plaintiff, Mr. Darrell Brooks, Register #16183171, c/o Federal Correctional Institution, P.O. Box 1000, Butner, North Carolina, 27509, which is his address of record.

Signed: December 22, 2009

Frank D. Whitney
United States District Judge