# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darrell Brooks,

    Plaintiff(s),

vs.

Lloyd Layman Shope, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv334

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/21/2010 Order.

Signed: May 21, 2010

Frank G. Johns, Clerk
United States District Court