FILED: May 23, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1763
(3:09-cv-00334-FDW-DSC)

_____

DARRELL BROOKS

    Plaintiff - Appellant

v.

LLOYD LAYMAN SHOPE; ENTERPRISE CAR RENTAL; FORD MOTOR COMPANY; FORD AIR BAG MANUFACTURER

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                  /s/ PATRICIA S. CONNOR, CLERK